**Opinion filed October 31, 2024**



**In The**

# Eleventh Court of Appeals

_____

**No. 11-24-00143-CV**

_____

**JOHN S. WILLIAMSON, Appellant**

**V.**

**GREEN TREE NORTH HOMEOWNERS ASSOCIATION, INC.; GREEN TREE ARCHITECTURAL CONTROL COMMITTEE; AND GREEN TREE COUNTRY CLUB, INC., Appellee**

---

**On Appeal from the 385th District Court**
**Midland County, Texas**
**Trial Court Cause No. CV57385**

---

**M E M O R A N D U M   O P I N I O N**

Appellant, John S. Williamson, filed a notice of appeal on May 16, 2024, appealing the trial court's orders granting Appellees' motions for summary judgment. The following day, we notified Appellant by letter that the clerk's record and reporter's record were due on or before June 17, 2024. We extended the due date to July 17 after we were informed that Appellant had not paid or made

arrangements to pay for the records. As of July 17, Appellant had yet to pay the trial court clerk's fee for preparing the clerk's record. We again extended the deadline to August 16, 2024, ordered Appellant to pay the clerk's fee for preparation of the record, and further advised him that his failure to comply with this directive may result in the dismissal of this appeal. *See* TEX. R. APP. P. 37.3(a)(1), (b) (permitting dismissal of appeal if no clerk's record filed due to appellant's fault).

We notified Appellant on August 23 and September 18 that, due to his failure to remit payment, we had not received the clerk's record, and extended the filing deadline to October 17, 2024. We have not received the clerk's record, or any indication that Appellant has made payment arrangements or is entitled to proceed without payment of costs. *See* TEX. R. APP. P. 20.1, 37.3, 42.3. Based upon Appellant's failure to prosecute this appeal in a timely manner, we conclude that the appeal should be dismissed. *See id*. R. 42.3(b), (c).

Accordingly, we dismiss this appeal for want of prosecution.


W. BRUCE WILLIAMS

JUSTICE


October 31, 2024

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2